**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-23337-CIV-ALTONAGA/Reid**

**HOWARD COHAN**,

Plaintiff,

v.

**KAIRO'S 4 LLC**,

Defendant.
_____________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On January 16, 2025, the Court entered an Order [ECF No. 29], requiring Plaintiff, Howard Cohan to file a *motion for entry of Clerk's default* by January 21, 2025. (*See id.* 1).[1] Despite the Court's warning that "Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in dismissal of the case" (*id.*), to date, no motion has been filed, nor has Plaintiff requested additional time to comply. Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of January, 2025.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.